**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2731964*

Index no :**1:19-CV-01755-JBW-JO**

| Plaintiff(s): | **WINDWARD BORA LLC** |
|---|---|
| Defendant(s): | **AUGUSTIN BAEZ, ET AL** |

STATE OF NEW YORK
COUNTY OF SUFFOLK      ss.:

**Lisandro Luna**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK .

On **04/10/2019** at **2:26 PM**, I served the within **1303 NOTICE-Help for Homeowners in Foreclosure in bold fourteen-point type and printed on colored paper, that is other than the color of the summons in a civil action and verified complaint, and the title of the notice printed in bold twenty-point type in compliance with RPAPL Sect 1303.; 1320 NOTICE; SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT; CERTIFICATE OF MERIT Bearing Index Number 1:19-CV-01755-JBW-JO and date of filing of 03/27/2019** on AUGUSTIN BAEZ at **748 DREW STREET, BROOKLYN, NY 11208** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **MARIA D. BAEZ, FEMALE RELATIVE,** a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On ~~4-19-19~~, deponent enclosed a copy of above mentioned documents to **AUGUSTIN BAEZ** at said **defendant's** Place of Residence, at 748 DREW STREET,BROOKLYN, NY 11208 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **2 STORY RESIDENCE**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age aprx | Height aprx | Weight aprx |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Brown** | **45** | **5ft4in - 5ft7in** | **125-149 lbs** |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on

4/19/19

Notary Public,

DOLORES GRONERT
Notary Public, State of New York
No. 01GR6246285
Qualified in Suffolk County
Commission Expires Aug. 8, 2019

X _____
Lisandro Luna
License#: 2011018
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

THE MARGOLIN & WEINREB LAW GROUP, LLP
165 EILEEN WAY, SUITE 101
SYOSSET, NY 11791
516-921-3838

Atty File#: 748 DREW ST



**\*2731964\***

## Affidavit of Service by Mail
**PURSUANT TO CPLR 3215**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WINDWARD BORA LLC<br><br>-against-<br><br>AUGUSTIN BAEZ, ET AL | Att File: 748 DREW ST<br>Internal Id: 2731964<br>Index: 1:19-CV-01755-JBW-JO<br>S & C Filed: 03/27/2019 |

**State of New York**
**County of Suffolk      ss.:**

**Lisandro Luna** being duly sworn, deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on ᔕ-19-19   Deponent mailed a copy of the **SUMMONS and 1303 Notice** in this action on those defendants listed below by first class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt.

Defendant(s):      AUGUSTIN BAEZ
748 DREW STREET , BROOKLYN, NY 11208

Said mailing(s) was made to the Defendant(s) place of residence.

The foregoing statements are true, under penalty of perjury.

Sworn to before me on : 4/19/19

DOLORES GRONERT
Notary Public, State of New York
No. 01GR6246285
Qualified in Suffolk County
Commission Expires Aug. 8, 2019

Lisandro Luna

Alstate Process Service Inc. - 60 Burt DriveDeer Park, NY 11729 - Tel: 631/667-1800 - Fax: 631/667-0302
THE MARGOLIN & WEINREB LAW GROUP, LLP - 165 EILEEN WAY, SUITE 101SYOSSET, NY 11791516-921-3838



```
*2731964*
```



**UNITED STATES POSTAL SERVICE®** **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

**FROM:**

ALSTATE

60 BURT DRIVE

DEER PARK, NY 11729

**TO:**

AUGUSTIN BAEZ,

748 DREW STREET ,

BROOKLYN, NY 11208



