NOTICE OF SALE

UNITED STATES DISTRICT COURT. EASTERN DISTRICT OF NEW YORK. WINWARD BORA LLC, Pltf. vs. AUGUSTIN BAEZ, et al, Defts. Civil Action #19-cv-01755-JBW-JO. Pursuant to judgment of foreclosure and sale entered Sept. 9, 2019, I will sell at public auction in the Lobby of the Brooklyn Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY on November 14, 2019 at 1:30 p.m. prem. k/a 748 Drew Street, Brooklyn, NY. Said property beginning at a point on the westerly side of Drew St., formerly known as Drew Avenue, distant 300 ft. Southerly from the corner formed by the intersection of the southerly side of Blake Ave. with the westerly side of Drew St., being a plot 100 ft. x 37 ft 5-¼ inches. Approx. amt. of judgment is $230,034.62 plus costs and interest. Sold subject to terms and conditions of filed judgment and terms of sale. SUSAN ELLEN RIZOS, Referee. THE MARGOLIN & WEINREB LAW GROUP, LLP, Attys. for Pltf., 165 Eileen Way, Ste. 101, Syosset, NY. #97663